SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-mj-1099

FILED
MAY 0 1 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | (UNDER SEAL) |
| JOSE NORBERTO RIVAS-GARZA | ) | |
| | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Complaint and Affidavit in Support of the Warrant for Arrest in the above-referenced matter, the Motion to Seal, and this Order be sealed by the Clerk until further order by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney and Immigration and Customs Enforcement.

This ___1___ day of ___May___, 2013.

_____
HONORABLE JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE

3