IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-MJ-1099

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| JOSE NORBERTO RIVAS-GARZA | ) | |

This case comes before the court on the motion by the government to unseal the Complaint. The government represents that the arrest warrant has been executed thereby rendering moot the need to maintain the Complaint under seal as set forth in the original motion to seal.

Having duly considered the motion, and for good cause shown, the Court hereby GRANTS the motion. The Clerk shall unseal the Complaint and provide a certified copy of this Order to the United States Attorney's Office

SO ORDERED, this the ___9th___ day of May, 2013.

_____
HONORABLE WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE